# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

Plaintiff,

vs.

CARLOS MANUEL SOTO-MELENDEZ (1),

Defendant.

CASE NO. 11CR46██-WQH

## JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_   the Court has dismissed the case for unnecessary delay; or

\_X\_   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

\_X\_   of the offense(s) as charged in the Indictment and Superseding Indictment:

21:952 and 960 - Importation of Marijuana (1) 21:952,960,963 - Conspiracy to Import Marijuana
(1s) 21:952,960;18:2 - Importation of Marijuana;Aiding and Abetting
(2s) 21:841(a)(1),846 - Conspiracy to Distribute Marijuana
(3s) 21:841(a)(1);18:2 - Possession of Marijuana with Intent to Distribute;Aiding and Abetting (4s)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANAURY 20, 2012

WILLIAM Q. HAYES
UNITED STATES DISTRICT JUDGE